IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris, Freeman | Case Number: 05 B 07388 |
|---|---|---|
| | Harris, Stephanie | Judge: Hollis, Pamela S |
| | Printed: 11/20/07 | Filed: 3/2/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 28, 2007
Confirmed: April 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 76,608.91 | |
| Secured: | | 49,327.46 |
| Unsecured: | | 18,504.31 |
| Priority: | | 3,505.22 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 3,571.77 |
| Other Funds: | | 0.15 |
| Totals: | 76,608.91 | 76,608.91 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,700.00 | 1,700.00 |
| 2. | Household Financial Corporation | Secured | 12,686.37 | 12,686.37 |
| 3. | Crown Mortgage Company | Secured | 22,611.47 | 22,611.47 |
| 4. | Household Financial Corporation | Secured | 10,471.08 | 6,353.28 |
| 5. | Crown Mortgage Company | Secured | 11,778.07 | 7,146.29 |
| 6. | American General Finance | Secured | 317.98 | 317.98 |
| 7. | United Consumer Financial Srv | Secured | 212.07 | 212.07 |
| 8. | Internal Revenue Service | Priority | 3,505.22 | 3,505.22 |
| 9. | B-Line LLC | Unsecured | 3,029.78 | 3,029.78 |
| 10. | ECast Settlement Corp | Unsecured | 4,393.29 | 4,393.29 |
| 11. | B-Line LLC | Unsecured | 1,161.98 | 1,161.98 |
| 12. | Resurgent Capital Services | Unsecured | 2,354.69 | 2,354.69 |
| 13. | B-Line LLC | Unsecured | 2,197.53 | 2,197.53 |
| 14. | Capital One | Unsecured | 818.05 | 818.05 |
| 15. | United Consumer Financial Srv | Unsecured | 413.92 | 413.92 |
| 16. | Premier Bankcard | Unsecured | 676.31 | 676.31 |
| 17. | Metropolitan | Unsecured | 2,945.94 | 2,945.94 |
| 18. | Capital One | Unsecured | 512.82 | 512.82 |
| 19. | Bank First | Unsecured | | No Claim Filed |
| 20. | Capital One | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Chicago Municipal Employees CU | Unsecured | | No Claim Filed |
| 23. | Household Bank FSB | Unsecured | | No Claim Filed |
| 24. | H & F Law Offices | Unsecured | | No Claim Filed |
| 25. | Providian Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Harris, Freeman
Harris, Stephanie
Printed: 11/20/07

Case Number: 05 B 07388
Judge: Hollis, Pamela S
Filed: 3/2/05

| | | | |
|---|---|---|---|
| 26. University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 27. MCI Residential | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 81,786.57 | $ 73,036.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 429.61 |
| 3% | 316.49 |
| 5.5% | 1,125.86 |
| 5% | 575.00 |
| 4.8% | 1,088.45 |
| 5.4% | 36.36 |
| | _____ |
| | $ 3,571.77 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_